1  JAMES A. SARRAIL (SBN 43075)
   IVANKA F. ACKBARI (SBN 83123)
2  SARRAIL, CASTILLO & HALL, LLP
   700 Airport Blvd., Ste. 420
3  Burlingame, CA 94010
   Telephone: (650)685-9200
4  Facsimile:  (650)685-9206
   jsarrail@sch-lawfirm.net
5  iackbari@sch-lawfirm.net

6  Attorneys for Defendants Texas Turkeys, Inc. dba Armadillo Willy's BBQ, John M.
   Filice, Jr., Trustee of the John M. Filice Family Trust UTA dated November 8, 1970,
7  erroneously sued herein as an individual, and Craig P. Filice

8  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
9  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
10 Oakland, CA 94612
   Telephone:  510/832-5001
11 Facsimile:   510/832-4787
   reinlawoffice@aol.com
12
   Attorneys for Plaintiff
13 VICTOR EVERLOVE

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 VICTOR EVERLOVE,                      ) Case No. C09-05361 LHK
                                         )
18         Plaintiff,                    )
                                         ) STIPULATION TO CONTINUE
19    vs.                                ) MEDIATION AND CASE
                                         ) MANAGEMENT CONFERENCE
20                                       )
   TEXAS TURKEYS, INC. dba ARMADILLO     ) Mediation: September 16, 2010
21 WILLY'S BBQ; JOHN M. FILICE, JR.;     ) CMC: September 22, 2010
   CRAIG P. FILICE; and DOES 1 to 10,    )
22 INCLUSIVE,                            )
                                         )
23         Defendants.                   )
                                         )
24 _____)

25

26     Plaintiff Victor Everlove, by and through his counsel, Celia McGuinness of the Law

27 Offices of Paul L. Rein, and Defendants Texas Turkeys, Inc. dba Armadillo Willy's BBQ,

28

---
STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE
Case No. C09-05361 LHK                                                              1

1  John M. Filice, Jr., Trustee of the John M. Filice Family Trust UTA dated November 8,
2  1970, erroneously sued herein as an individual, and Craig P. Filice, by and through their
3  counsel, James A. Sarrail, of Sarrail, Castillo & Hall, LLP, request that the Mediation,
4  currently scheduled for September 16, 2010, be continued to September 22, 2010 at 2:00
5  p.m., and that the Case Management Conference, currently scheduled for September 22,
6  2010 at 2:00 p.m., be continued to October 20, 2010, for the following reasons:

7  Counsel for the parties conducted an extensive pre-mediation meeting at the site
8  on September 13, 2010, which brought the parties close to agreement on injunctive relief,
9  and Defendants need time to determine the costs of proposed injunctive and to provide
10 Plaintiff with further information regarding the proposed settlement in this regard. The
11 parties believe that continuance of the Mediation from September 16th to September 22nd
12 will thereby facilitate a cost effective settlement. The currently scheduled date for the Case
13 Management Conference, September 22nd, is already available to all parties, and mediator
14 Robin Siefkin has agreed, pending the Court's approval, to conduct the Mediation from
15 2 p.m. to 5 p.m. on September 22nd.

16 The October 20, 2010, Case Management Conference date is requested on the
17 ground that Defendants' counsel, James A. Sarrail, is starting a three week long trial on
18 September 27, 2010, and also has a pre-paid vacation starting October 21, 2010.
19 Plaintiff's counsel is agreeable to this date, and requests that the CMC not be continued
20 past October 20th in order to maintain momentum in this case.

21
22 Date: September 15, 2010                     Respectfully submitted,
23                                              Sarrail, Castillo & Hall, LLP
24                                              _____
25                                              By James A. Sarrail
                                                Attorneys for Defendants Texas Turkeys, Inc.
26                                              dba Armadillo Willy's BBQ, John M. Filice, Jr.,
                                                Trustee of the John M. Filice Family Trust UTA
27                                              dated November 8, 1970, erroneously sued
                                                herein as an individual, and Craig P. Filice
28 //

---

STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE
Case No. C09-05361 LHK                                                              2

1 | Date: September 15, 2010            Law Offices of Paul L. Rein

          /s/ Celia McGuinness
          By Celia McGuinness
          Attorneys for Plaintiff Victor Everlove

STIPULATION TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE
Case No. C09-05361 LHK                                                   3

JAMES A. SARRAIL (SBN 43075)
IVANKA F. ACKBARI (SBN 83123
SARRAIL, CASTILLO & HALL, LLP
700 Airport Blvd., Ste. 420
Burlingame, CA 94010
Telephone: (650)685-9200
Facsimile: (650)685-9206
jsarrail@sch-lawfirm.net
iackbari@sch-lawfirm.net

Attorneys for Defendants Texas Turkeys, Inc. dba Armadillo Willy's BBQ, John M. Filice, Jr., Trustee of the John M. Filice Family Trust UTA dated November 8, 1970, erroneously sued herein as an individual, and Craig P. Filice

PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
VICTOR EVERLOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EVERLOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TEXAS TURKEYS, INC. dba ARMADILLO WILLY'S BBQ; JOHN M. FILICE, JR.; CRAIG P. FILICE; and DOES 1 to 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C09-05361 LHK<br><br>[PROPOSED] ORDER TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE |

Pursuant to the stipulation by Victor Everlove, by and through his counsel, Celia McGuinness of the Law Offices of Paul L. Rein, and Defendants Texas Turkeys, Inc. dba

---

[PROPOSED] ORDER TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE
Case No. C09-05361 LHK                                                                                                           1

Armadillo Willy's BBQ, John M. Filice, Jr., Trustee of the John M. Filice Family Trust UTA dated November 8, 1970, erroneously sued herein as an individual, and Craig P. Filice, by and through their counsel, James A. Sarrail, of Sarrail, Castillo & Hall, LLP, requesting that the Mediation, currently scheduled for September 16, 2010, be continued to September 22, 2010 at 2:00 p.m., and that the Case Management Conference, currently scheduled for September 22, 2010 at 2:00 p.m., be continued to October 20, 2010, the Court makes the following order:

The Mediation, currently scheduled for September 16, 2010, is continued to September 22, 2010 at 2:00 p.m.; the Case Management Conference, currently scheduled for September 22, 2010 at 2:00 p.m., is continued to October 20, 2010 at 2:00 p.m.

The deadline for filing a Joint Case Management Conference Statement is October 13, 2010. If the case settles, the parties shall file a stipulation of dismissal by October 13, 2010.

**IT IS SO ORDERED.**

Date: September 15, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge