PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
VICTOR EVERLOVE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EVERLOVE,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TURKEYS, INC. dba ARMADILLO WILLY'S BBQ; JOHN M. FILICE, JR.; CRAIG P. FILICE; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | Case  No. C09-05361 LHK<br><u>Civil Rights</u><br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11** |

Plaintiff's Motion for Administrative Relief from General Order 56 is hereby GRANTED for good cause shown.

The Court's October 20, 2010 Case Management Order [Dkt. #36] is hereby adopted.

**IT IS SO ORDERED**.

Dated: December 6, 2010

*Lucy H. Koh*
_____
Honorable LUCY H. KOH
United States District Judge