UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR EVERLOVE, | ) Case No.: 09-CV-05361-LHK |
| Plaintiff, | ) ORDER REQUIRING PARTIES TO |
| v. | ) SUBMIT JOINT STATUS REPORT |
| TEXAS TURKEY, INC., ET AL., | ) |
| Defendants. | ) |

At the February 16, 2011 Case Management Conference, the parties made express representations to the Court that they had settled this entire action, and would file a stipulation of dismissal with prejudice by March 2, 2011. Aside from a notice of unavailability (between March 10, 2011 and March 14, 2011) filed by Plaintiff's counsel on February 23, 2011, the parties have failed to submit any additional documents with the Court.

Accordingly, by **1:00 p.m., Monday, March 21, 2011**, the parties shall file a joint status report with the Court explaining their delay.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05361-LHK
ORDER REQUIRING PARTIES TO SUBMIT JOINT STATUS REPORT