```
PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
VICTOR EVERLOVE


JAMES A. SARRAIL (SBN 43075)
IVANKA F. ACKBARI (SBN 83123)
LAW OFFICES OF SARRAIL, CASTILLO & HALL LLP
700 Airport Blvd., Suite 420
Burlingame, CA 94010
Telephone:   650/685-9200
Facsimile:    650/985-9206

Attorneys for Defendants
TEXAS TURKEYS, INC. dba
ARMADILLO WILLY'S BBQ;
JOHN M. FILICE; and CRAIG P. FILICE
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EVERLOVE,<br><br>     Plaintiff,<br><br>v.<br><br>TEXAS TURKEYS, INC. dba ARMADILLO WILLY'S BBQ; JOHN M. FILICE, JR.; CRAIG P. FILICE; AND DOES 1-10, INCLUSIVE,<br>_____ / | CASE NO.  C09-05361 LHK<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE CONSENT DECREE SITE INSPECTION** |

     Plaintiff VICTOR EVERLOVE and defendants TEXAS TURKEYS, INC. dba ARMADILLO WILLY'S BBQ; JOHN M. FILICE, JR.; CRAIG P. FILICE by and through their attorneys of record, hereby jointly stipulate to the continuance of the September 7, 2011, deadline to complete the site inspection ordered by the Court under

1  the terms of the Consent Decree and Order of April 15, 2011.

2      Good cause exits for requesting this continuance. A site inspection had
3  previously been set by mutual agreement of the parties for August 31, 2011. Due to a
4  scheduling error by plaintiff's expert, the site inspection was not able to move forward
5  on that date.

6      The parties have now cooperatively rescheduled the site inspection for October
7  11, 2011. This was the first mutually agreeable date available for all parties. The
8  parties therefore jointly stipulate and request the Court order an extension of the deadline
9  to October 11, 2011, to complete the site inspection, and within 30 days thereafter will
10 file a joint status report regarding the outcome of the inspection.

12 Dated: September 7, 2011      LAW OFFICES OF PAUL L. REIN

14     /s/ Celia McGuinness
   By: CELIA McGUINNESS
   Attorneys for Plaintiff
15 VICTOR EVERLOVE

17 Dated: September 7, 2011      LAW OFFICES OF SARRAIL, CASTILLO & HALL LLP

20     Ivanka Ackbari
   By JAMES A. SARRAIL
21     IVANKA F. ACKBARI
   Attorneys for Defendants
22 TEXAS TURKEYS, INC. dba
   ARMADILLO WILLY'S BBQ;
23 JOHN M. FILICE; and CRAIG P. FILICE

## [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties and for GOOD CAUSE SHOWN, it is hereby ORDERED that the deadline to complete the site inspection by September 7, 2011, previously ordered by the Court is extended to October 11, 2011.  The parties are ORDERED to file a joint status report within 30 days thereafter regarding the outcome of the inspection.

Dated: September  13, 2011

*Lucy H. Koh*
_____
HON. LUCY H. KOH
U.S. DISTRICT JUDGE