1    PAUL L. REIN, Esq. (SBN 43053)
     CELIA MCGUINNESS (SBN 159420)
2    CATHERINE M. CABALO (SBN 248198)
     LAW OFFICES OF PAUL L. REIN
3    200 Lakeside Drive, Suite A
     Oakland, CA  94612
4    Telephone:   510/832-5001
     Facsimile:   510/832-4787
5    reinlawoffice@aol.com

6    Attorneys for Plaintiff
     VICTOR EVERLOVE
7
     JAMES A. SARRAIL (SBN 43075)
8    IVANKA F. ACKBARI (SBN 83123)
     LAW OFFICES OF SARRAIL, CASTILLO & HALL LLP
9    700 Airport Blvd., Suite 420
     Burlingame, CA 94010
10   Telephone:   650/685-9200
     Facsimile:   650/985-9206
11
     Attorneys for Defendants
12   TEXAS TURKEYS, INC. dba
     ARMADILLO WILLY'S BBQ;
13   JOHN M. FILICE; and CRAIG P. FILICE

14

15             IN THE UNITED STATES DISTRICT COURT
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17   VICTOR EVERLOVE,                    CASE NO.  C09-05361 LHK
                                         Civil Rights
18        Plaintiff,

19                                       **STIPULATION AND [PROPOSED]**
     v.                                  **ORDER TO EXTEND DEADLINE**
20                                       **TO COMPLETE CONSENT**
                                         **DECREE SITE INSPECTION**
21

22   TEXAS TURKEYS, INC. dba
     ARMADILLO WILLY'S BBQ; JOHN
23   M. FILICE, JR.; CRAIG P. FILICE;
     AND DOES 1-10, INCLUSIVE,
24   _____/

25        Plaintiff VICTOR EVERLOVE and defendants TEXAS TURKEYS, INC. dba

26   ARMADILLO WILLY'S BBQ; JOHN M. FILICE, JR.; CRAIG P. FILICE by and

27   through their attorneys of record, hereby jointly stipulate to the continuance of the

28   September 7, 2011, deadline to complete the site inspection ordered by the Court under

1    the terms of the Consent Decree and Order of April 15, 2011.

2          Good cause exits for requesting this continuance.  A site inspection had

3    previously been set by mutual agreement of the parties for August 31, 2011. Due to a

4    scheduling error by plaintiff's expert, the site inspection was not able to move forward

5    on that date.

6          The parties have now cooperatively rescheduled the site inspection for October

7    11, 2011.  This was the first mutually agreeable date available for all parties.   The

8    parties therefore jointly stipulate and request the Court order an extension of the deadline

9    to October 11, 2011, to complete the site inspection, and within 30 days thereafter will

10   file a joint status report regarding the outcome of the inspection.

11

12   Dated: September 7, 2011              LAW OFFICES OF PAUL L. REIN

13
                                          ___/s/ Celia McGuinness_____
14                                        By: CELIA McGUINNESS
                                          Attorneys for Plaintiff
15                                        VICTOR EVERLOVE

16

17   Dated: September 7, 2011              LAW OFFICES OF SARRAIL, CASTILLO &
                                          HALL LLP
18

19

20                                         ___Ivanka Ackbari_____
                                          By JAMES A. SARRAIL
21                                           IVANKA F. ACKBARI
                                          Attorneys for Defendants
22                                        TEXAS TURKEYS, INC. dba
                                          ARMADILLO WILLY'S BBQ;
23                                        JOHN M. FILICE; and CRAIG P. FILICE

24

25

26

27

28

1

2                              [PROPOSED] ORDER

3          Pursuant to stipulation of the parties and for GOOD CAUSE SHOWN, it is

4   hereby ORDERED that the deadline to complete the site inspection by September 7,

5   2011, previously ordered by the Court is extended to October 11, 2011.  The parties are

6   ORDERED to file a joint status report within 30 days thereafter regarding the outcome

7   of the inspection.

8

9   Dated: September   13, 2011            *Lucy H. Koh*
                                           _____
10                                         HON. LUCY H. KOH
                                           U.S. DISTRICT  JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28